People v Marsh (2025 NY Slip Op 05436)





People v Marsh


2025 NY Slip Op 05436


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (97/25) KA 21-01564.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vDERRICK C. MARSH, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for reargument denied.









